**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV14-01488 JAK (SHx) | Date | May 16, 2014 |
|---|---|---|---|
| Title | A. A. v. The Los Angeles Unified School District, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER DISMISSING CASE WITH PREJUDICE    JS-6**

On March 7, 2014, the Complaint was filed. Dkt. 3. A Proof of Service was filed on March 26, 2014 with respect to service of the Complaint indicating that an answer was to be filed on or before April 8, 2014. Dkt. 11. The Court issued an Order to Show Cause for Lack of Prosecution on April 21, 2014 because the answer was not filed. Dkt. 12. In light of the Plaintiff's Response to the OSC Re Dismissal for Lack of Prosecution, the Court dismisses this action with prejudice. Dkt. 13.

**IT IS SO ORDERED.**

:

Initials of Preparer    ak